# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Barksdale, Rhesa H. | U. S. Court of Appeals Fifth Circuit | 05/09/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. Circuit Judge (Senior) | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2018<br>**to**<br>12/31/2018 |

**7. Chambers or Office Address**

501 E. Court St.
Suite 3.800
Jackson, MS 39201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barksdale, Rhesa H. | 05/09/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Miss. Bar Convention | 07/11/2018 - 07/14/2018 | Sandestin, Florida | Speaker | Transportation, Lodging, Food |
| 2. | Univ. Southern California | 10/29/2018 - 11/03/2018 | Los Angeles, California | Jurist in Residence | Transportation, Lodging, Food |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barksdale, Rhesa H. | 05/09/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | UBS | Credit Line | L |
| 2. | UBS | Credit Line | M |
| 3. | First Commercial Bank | Loan | M |
| 4. | Capital One | Credit Card | J |
| 5. | Bank of America | Credit Card | K |

| Name of Person Reporting | Date of Report |
|---|---|
| Barksdale, Rhesa H. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Pecan Lane Apts. Ltd. (see section VIII) | A | Distribution | J | R | | | | | |
| 2. | RHB IRA: Amer. Fds Growth Fd of Amer. Mut. Fd Cl A | | None | | | Sold (part) | 01/19/18 | J | D | |
| 3. | | | | | | Sold | 01/22/18 | K | E | |
| 4. | Amer. Fds. Growth Fd. of Amer. Mut. Fund Cl A | D | Dividend | M | T | | | | | |
| 5. | Amer. Fds Inc. Fund of America Cl A | A | Dividend | J | T | | | | | |
| 6. | IRA: Amer. Fds Growth Fund of Amer. Mut. Fd. Cl A | C | Dividend | K | T | | | | | |
| 7. | Amer. Fds Balanced Fund Cl A | D | Dividend | M | T | | | | | |
| 8. | Amer. Fds Capital Inc. Builder Fund Cl A | D | Dividend | M | T | | | | | |
| 9. | Amer. Fds Inc. Fund of America Cl A | D | Dividend | M | T | Sold (part) | 09/10/18 | J | B | |
| 10. | First Commercial Bank Cmn Stk | D | Dividend | M | T | | | | | |
| 11. | Amer. Fds Capital World Gwth & Inc. Fd Cl A | D | Dividend | M | T | | | | | |
| 12. | Brighthouse Financial (see section VIII) | | | | | | | | | |
| 13. | -BH Asset Allocation 100 Portfolio | | None | L | T | | | | | |
| 14. | -MetLife Stock Index | | None | K | T | | | | | |
| 15. | -MFS Total Return | | None | K | T | | | | | |
| 16. | -Fidelity VIP Eq Inc. | | None | K | T | | | | | |
| 17. | -BR Cap. App. | | None | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barksdale, Rhesa H. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | -L/S Small Cap | | None | J | T | | | | | |
| 19. | MassMutual Flexible Variable Life Ins. (see section VIII) | | | | | | | | | |
| 20. | -MML Equity | | None | K | T | | | | | |
| 21. | -Oppenheimer Global Securities | | None | K | T | | | | | |
| 22. | -Fidelity VIP Contrafund | | None | K | T | | | | | |
| 23. | -T.Rowe Price Equity Income | | None | K | T | | | | | |
| 24. | -American Funds Growth Income | | None | K | T | | | | | |
| 25. | RHB IRA: Amer. Fds. Balanced Fund Cl A (see section VIII) | D | Dividend | M | T | | | | | |
| 26. | IRA: Amer. Fds. AMCAP Fd. Cl A | C | Dividend | K | T | | | | | |
| 27. | RHB IRA: Amer. Fds. AMCAP Fd. Cl A | D | Dividend | M | T | | | | | |
| 28. | R'evolution Seafood Restaurant at Renaissance, LLC | | None | | | Sold | 12/31/18 | L | | |
| 29. | RHB IRA: Amer. Fds. Cap. Inc. Builder Fd. Cl A | B | Dividend | K | T | | | | | |
| 30. | IRA: Amer. Fds. Cap. Inc. Builder Fd. Cl A | A | Dividend | J | T | | | | | |
| 31. | IRA: Amer. Fds. Balanced Fund Cl A | A | Dividend | K | T | | | | | |
| 32. | RHB IRA: Amer. Funds Fund. Invstrs Fd. Cl A | C | Dividend | K | T | Buy | 01/22/18 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Barksdale, Rhesa H.** | 05/09/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Continuation of Section VII:

Line 1:  Purchased in 1984; $13,980

Lines 11-17:  The values provided in lines 13-18 are from the most recent "Your Annual Statement of Values", as of 27 August 2018

Line 18:  The values provided in lines 20-24 are from the most recent "Policy Annual Report", as of 21 December 2018

Line 24:  "RHB IRA" - Rhesa H. Barksdale IRA with UBS Financial Services; Jackson, Mississippi

| Name of Person Reporting | Date of Report |
|---|---|
| Barksdale, Rhesa H. | 05/09/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Rhesa H. Barksdale**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544